United States District Court
Southern District of Texas
**ENTERED**
November 16, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MARION EKTEFAEI, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:19-CV-00409 |
| | § | |
| ANDREW SAUL, COMMISSIONER | § | |
| OF SOCIAL SECURITY | § | |
| ADMINISTRATION, | § | |
| | § | |
| Defendant. | § | |

## **FINAL JUDGMENT**

Pursuant to the Court's Memorandum and Order, it is **ORDERED** that the decision

of the Commissioner is affirmed.

**THIS IS A FINAL JUDGMENT**.

The Clerk will provide copies of this judgment to the parties.

SIGNED on this 16th day of November 2020.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE